O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-02263-AHM (CWx) | Date | June 7, 2010 |
|---|---|---|---|
| Title | PETER SZANTO v. HONORABLE CHARLES STEVENS CRANDALL, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Szanto, *pro se* | Katherine Nina Reynolds (via tel.) |
| | Kurt Peterson (via tel.) |
| | Edward Thirkell (via tel.) |
| | Kenneth H. Horowitz (via tel.) |
| | Julia Lingys (via tel.) |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS, OR IN ALT, FOR MORE DEFINITE STATEMENT [7] (non-evidentiary)

The Court issues a tentative ruling and hears oral argument. For the reasons stated on the record, the Court GRANTS the motion to dismiss. The moving defendants, as well as Defendant Lewin, are not state actors. Thus, the § 1983 claim fails against them as a matter of law. *See Polk County v. Dodson*, 454 U.S. 312, 318 (1981) ("[A] lawyer representing a client is not, by virtue of being an officer of the court, a state actor 'under color of state law' within the meaning of § 1983.").

The Court *sua sponte* dismisses the § 1983 claim against the Hon. Charles Stevens Crandall. Judge Crandall was clearly acting in his judicial capacity when he took the actions that form the basis of Plaintiff's claims against him. *See Mireles v. Waco*, 502 U.S. 9, 11, 112 S. Ct. 286, 288, 116 L. Ed.2d 9 (1991). Given that the inadequacy of Plaintiff's § 1983 claim against Judge Crandall is apparent as a matter of law, *sua sponte* dismissal is appropriate. *See McManama v. Jones*, 258 Fed. Appx. 941 (9th Cir. 2007); *Rodriguez v. Lilienthal*, 1993 WL 530438 *5 (9th Cir. 1993).

The Court declines to exercise supplemental jurisdiction over the remaining state law claims, and *sua sponte* dismisses them without prejudice. *See* William W. Shwarzer, *et al.*, CAL. PRAC. GUIDE: FED. CIV. PROC. BEFORE TRIAL (Rutter Group 2009) ¶ 2.155.1 ("When the federal claim is dismissed early in the case, the federal court will be strongly inclined to dismiss the state law claims without prejudice rather than retaining

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-02263-AHM (CWx) | Date | June 7, 2010 |
|---|---|---|---|
| Title | PETER SZANTO v. HONORABLE CHARLES STEVENS CRANDALL, et al. | | |

supplemental jurisdiction.").

Defendants are to provide Judge Crandall with a copy of this order.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-6**