LAW OFFICES
PETERSON MARTIN REYNOLDS LLP
49 STEVENSON STREET TENTH FLOOR SAN FRANCISCO CALIFORNIA 94105
415-399-2900   FAX 415-399-2930

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PETER SZANTO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HONORABLE CHARLES STEVENS CRANDALL, et al., <br><br> Defendants. | CASE NO. CV-10-2263AHM (CWx) <br><br> **JUDGMENT GRANTING MOTION TO DISMISS COMPLAINT** |

  Having heard oral argument on June 7, 2010, and reviewed all pleadings and evidence in support of and opposed to the Motion To Dismiss Complaint, or In The Alternative, For a More Definite Statement, filed by Defendants P. KURT PETERSON and K. NINA REYNOLDS, and joined by Defendants EDWARD THIRKELL, KENNETH H. HOROWITZ and JULIA LINGYS, the Court thereafter issued the following Minute Order:

  For the reasons stated on the record, the Court GRANTS the motion to dismiss. The moving defendants, as well as Defendant Lewin, are not state actors. Thus, the § 1983 claim fails against them as a matter of law. *See Polk County v. Dodson*, 454 U.S. 312, 318 (1981) ("[A] lawyer representing a client is not, by virtue of being an officer of the court, a state actor 'under color of state law' within the meaning of § 1983.").

  The Court *sua sponte* dismisses the § 1983 claim against the Hon. Charles Stevens

1  Crandall. Judge Crandall was clearly acting in his judicial capacity when he took the actions that
2  form the basis of Plaintiff's claims against him. *See Mireles v. Waco*, 502 U.S. 9, 11, 112 S. Ct.
3  286, 288, 116 L. Ed.2d 9 (1991). Given that the inadequacy of Plaintiff's § 1983 claim against
4  Judge Crandall is apparent as a matter of law, *sua sponte* dismissal is appropriate. *See*
5  *McManama v. Jones*, 258 Fed. Appx. 941 (9th Cir. 2007); *Rodriguez v. Lilienthal,* 1993 WL
6  530438 *5 (9th Cir. 1993).

   The Court declines to exercise supplemental jurisdiction over the remaining state law claims, and sua sponte dismisses them without prejudice. *See William W. Shwarzer, et al*., CAL. PRAC. GUIDE: FED. CIV. PROC. BEFORE TRIAL (Rutter Group 2009) ¶ 2.155.1 ("When the federal claim is dismissed early in the case, the federal court will be strongly inclined to dismiss the state law claims without prejudice rather than retaining supplemental jurisdiction.").

   Defendants are to provide Judge Crandall with a copy of the order.

   **IT IS SO ORDERED.**

   DATED: July 07, 2010

   _____
   JUDGE OF THE DISTRICT COURT

[PROPOSED] JUDGMENT GRANTING MOTION TO DISMISS COMPLAINT